William Burns, *Respondent, v.* Sidney Dillon and others, *Appellants.*— On the appeal from the judgment, judgment affirmed, with costs; on appeal from order, new trial granted to defendants on payment of costs of appeal and of former trial (not including allowance), within twenty days. Opinion by Davis, P. J.

Albert L. Mowry, *Appellant, v.* George Peet and another, *Executors, etc., Respondents.*— Judgment modified as directed in opinion. Opinion by Daniels, J.

David Duncan and others, *Respondents, v.* Isaac B. Guest, *Appellant.*— Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Augustus D. Juillard, *as Receiver, etc., Respondent, v.* Zechariah Chafee, *as Trustee and Assignee, etc., Appellant.*—Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Kate Ward, *as Administratrix, etc., Respondent, v.* Charles N. Howard and Juliette Howard, *Appellants.* — Judgment affirmed. Opinion by Brady, J.

William T. Call, *Respondent, v.* John Collins, *Appellant.*— Order affirmed. Opinion by Brady, J.

Chauncey St. John, *Respondent, v.* Howard W. Coates and another, *Executors, etc., Appellants.*— Judgment reversed, new trial ordered.

Alberto Verastegui, *Appellant, v.* Manuel Luzunariz, *Respondent.*— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Albert R. Riggs, *Appellant, v.* Frederick Waydell and John H. Waydell, *Survivors, etc., Respondents.*— Judgment affirmed. Opinion by Daniels, J.

The People of the State of New York ex rel. James S. Turner *v.* Stephen B. French and others, *Commissioners, etc., Respondents.* — Proceedings affirmed, without costs. Opinion by Daniels, J.

The People of the State of New York ex rel. Vincent Clark *v.* Stephen B. French and others, *Commissioners, Respondents.*— Proceedings affirmed on the opinion of Daniels, J., in the case of *People ex rel. McCarthy* v. *French.*

George J. Desh, *Respondent, v.* Oliver W. Barnes, *Appellant,* Impleaded, etc.— Judgment reversed, new trial ordered, costs to respondent to abide event. Opinion by Davis, P. J.

Frank M. Hurlbut, *Respondent, v.* Charles W. Durant, *Executor, etc., Appellant.*— Decree affirmed. Opinion by Daniels, J.

In the Matter of N. Hudson Holly.— Motion denied, without costs. Opinion *Per Curiam.*

George S. Goodale *v.* Central National Bank.— Reargument ordered.